Cory G. Walker; AZ Bar No. 027853
cgwalker@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:   602.957.1801

Attorneys for Defendant Nike, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joyce L. Garrison,<br><br>           Plaintiff,<br><br>v.<br><br>Nike, Inc.,<br><br>           Defendant. | Case No. CV-17-805-PHX-DLR<br><br>**NOTICE OF CERTIFICATION OF CONFERRAL AND REQUEST FOR CLARIFICATION OF DEADLINES** |

As directed by the Court's March 27, 2017 Order (Doc. 7), the parties have conferred regarding Defendant's pending Motion to Dismiss (Doc. 4).  On March 30, 2017, defense counsel spoke with Joyce L. Garrison who is acting in this matter *pro se*.  Once confirming that Ms. Garrison is not represented by legal counsel, the undersigned and Ms. Garrison discussed her pending Complaint and the deficiencies which Defendant believes exist therein.  It is Plaintiff's position that she has sufficiently stated her claims in this matter and that she will not amend her Complaint.  The parties discussed this matter in good faith and were unable to agree as to Plaintiff's claims and the deficiencies from which Defendant believes they suffer.

Additionally, given the somewhat unorthodox nature of Plaintiff's filings at Document Numbers: 10 (Response to Defendant's Motion to Dismiss), 11 (Plaintiff's Motion to Remand to State Court (the same document as Doc. 10)), and 12 (Plaintiff's

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

Motion to Remand to State Court), Defendant requests clarification from the Court as to Defendant's response and reply deadlines. Specifically, Defendant requests that the Court clarify that deadlines related to Document Numbers 10, 11, and 12 be calculated from the date on which they were entered in this matter, March 29, 2017, making the deadline for Defendant's Reply in Support of its Motion to Dismiss **April 5, 2017**, and the deadline for Defendant to file its Response in Opposition to Plaintiff's Motion to Remand to State Court **April 12, 2017**.

Defendant stands ready to provide any additional information which may assist the Court in this matter.

RESPECTFULLY SUBMITTED this 31st day of March, 2017.

> */s/ Cory G. Walker*
> Cory G. Walker
> LITTLER MENDELSON, P.C.
> Attorneys for Defendant
> Nike, Inc.

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 31st day of March, 2017:

Joyce Garrison
23829 N. 59th Drive
Glendale, AZ  85310
*Plaintiff Pro Se*

*/s/ Linda Bullis*
Firmwide:146792074.1 049435.1035

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-